the highest number of votes for the Republican nomination, being defeated therefor by said Warren. He, however, received the highest number of votes for the nomination of the Democratic party, defeating said Warren therefor. He therefore claims to be the nominee of the Democratic party for such office and has demanded of respondent, Secretary of State, that he certify his name as that of the nominee of the Democratic party for such office at the coming general election, and respondent, basing his action on provisions of our primary law, has refused to so certify, hence this application.

What we have said as to the question presented by these facts in the matter of *Heney* v. *Jordan, ante,* p. 24, [175 Pac. 402], disposes of the claim of the petitioner.

It is ordered that the order to show cause be discharged and the proceeding dismissed.

---

[S. F. No. 8022. In Bank.—October 14, 1918.]

MARY B. HEAZELTON, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8023. In Bank.—October 14, 1918.]

J. B. FEUSTMANN, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8024. In Bank.—October 14, 1918.]

J. A. FAIRCHILD, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8025. In Bank.—October 14, 1918.]

M. P. LILIENTHAL, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8026. In Bank.—October 14, 1918.]

HENRY H. MEYERS, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8027. In Bank.—October 14, 1918.]

JAMES M. HUNT, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8144. In Bank.—October 14, 1918.]

B. S. HUBBARD, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8145. In Bank.—October 14, 1918.]

T. J. FIELD, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8146. In Bank.—October 14, 1918.]

D. B. FIFIELD, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8147. In Bank.—October 14, 1918.]

G. W. FISHER, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8148. In Bank.—October 14, 1918.]

H. S. BALL, Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8150. In Bank.—October 14, 1918.]

BANK OF E. COOK SMITH, INC. (a Corporation), Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8151. In Bank.—October 14, 1918.]

INTERNATIONAL BANKING CORPORATION (a Corporation), Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8152. In Bank.—October 14, 1918.]

MARGARET LUTTS et al., Respondents, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8153. In Bank.—October 14, 1918.]

REDDING SAVINGS BANK (a Corporation), Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

[S. F. No. 8336. In Bank.—October 14, 1918.]

JOHN TENNANT MEMORIAL HOME (a Corporation), Respondent, v. MONTEREY COUNTY GAS AND ELECTRIC COMPANY, Appellant.

GUARANTY—PAYMENT OF RAILWAY BONDS.—Judgments affirmed on the authority of *San Francisco Theological Seminary* v. *Monterey County Gas and Electric Co.*, ante, p. 166.

APPEALS from judgments of the Superior Court of the City and County of San Francisco. J. M. Seawell, Judge. Affirmed.

The facts are similar to those stated in the opinion of *San Francisco Theological Seminary* v. *Monterey County Gas and Electric Co.*, ante, p. 166, [175 Pac. 693].

Chickering & Gregory, for Appellant.

Carter P. Pomeroy, Frank P. Deering, W. F. Williamson, Wm. H. Conlin, and R. H. Cross, for Respondents.

THE COURT.—In each of the above-entitled cases the judgment is affirmed, on the authority of *San Francisco Theological Seminary* v. *Monterey County Gas and Electric Co.*, ante, p. 166, [175 Pac. 693].